Opinion filed March 1, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed March 1, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00303-CV 

                                                    __________

 

                     1995
THUNDERBIRD VIN #1FALP62W8SH180416

                                   (GARY
D. ROBINSON), Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS,
Appellee

 



 

                                          On
Appeal from the 50th District Court

 

                                                           Knox
 County, Texas

 

                                                     Trial
Court Cause No. 9010

 



 

                                             M
E M O R A N D U M   O P I N I O N

The trial court signed its judgment on October 18,
2006.  Gary D. Robinson perfected this
appeal.  We dismiss.

On December 4, 2006, the trial court determined
that Robinson was not indigent.  On
December 8, 2006, the clerk of this court wrote Robinson directing him to file
on or before December 27, 2006, proof in this court that he had properly
requested and paid for the preparation of the appellate record.  There has been no response to our December 8
letter.








Neither the clerk=s
record nor the reporter=s
record have been filed.  Failure to file
the appellate record is due to Robinson=s
actions.  Therefore, the appeal is
dismissed.  Tex. R. App. P. 37.3(b).

 

PER CURIAM

 

March 1, 2007

Panel
consists of:  Wright, C.J.,

McCall,
J., and Strange, J.